FILED

10/28/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0439

IN THE SUPREME COURT OF THE STATE OF MONTANA
No. DA 20-0439

_____

BRIAN MOORE,

Plaintiff and Appellant,

v.

KEVIN R. FROST,

Defendant and Appellee.

_____

**GRANT OF EXTENSION**

_____

Upon consideration of the Unopposed Motion for Extension of Time, good cause appearing,

IT IS HEREBY ORDERED that Appellee is granted a 30-day extension, up to and through December 4, 2020, to file his response brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
October 28 2020